UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS CALDERON,<br>Plaintiff,<br>v.<br>P. COVELLO, et al.,<br>Defendants. | No. 2:25-cv-01448-DAD-CKD P<br><br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* AND REQUIRING PAYMENT OF THE REQUIRED FILING FEE WITHIN 30 DAYS</u><br><br>(Doc. Nos. 2, 7) |

Plaintiff is a state prisoner proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On, June 6, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion to proceed *in forma pauperis* be denied and that he be ordered to pay the required filing fee in order to proceed with this action. (Doc. No. 9.) Specifically, the magistrate judge concluded that plaintiff: (1) is subject to the "three strikes" bar under 28 U.S.C. § 1915(g) because he has suffered at least three qualifying dismissal orders for failure to state a claim in past cases brought by him as previously found by a district judge of this court; and (2) the allegations of his complaint in this action fail to point to anything which

reasonably suggests that plaintiff was under threat of physical injury when he filed it as is necessary to qualify for the imminent danger exception to § 1915(g). (*Id*. at 1.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.*) On December 16, 2025, over six months after the pending findings and recommendations were issued, the court received objections thereto from plaintiff. (Doc. No. 9.)[1] Although plaintiff's objections were quite untimely, the court will nonetheless consider them. Plaintiff's objections are difficult to decipher, having in part been handwritten over copies of orders previously issued by the magistrate judge in this case. (*Id*.) Generally, plaintiff objects on the basis of not having seen a doctor for over ninety days and argues that the court "cannot wait or await for serious injury or irreparable harm to occur." (*Id*. at 6–7.)

The court concludes that plaintiff's objections provide no basis upon which to reject the pending findings and recommendations. In addition, the court has reviewed the finding that plaintiff has suffered three or more qualifying strike dismissals made by another judge of this court and relied upon by the magistrate judge in the pending findings and recommendations and agrees with the basis for that prior finding. *See Calderon v. Covello*, 2:24-cv-1309-DJC-CKD, Doc. Nos. 7, 9.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on June 6, 2025 (Doc. No. 7) are adopted in full;
2. Plaintiff's application to proceed *in forma pauperis* in this action (Doc. No. 2) is denied;

[1] The court apologizes for the delay in the issuance of this order. Due to an oversight, the undersigned was unaware that these findings and recommendations were pending before the court until recently.

3. Plaintiff is granted thirty (30) days from the date of this order to pay the required $405 filing fee in order to proceed with this action;

4. Plaintiff is forewarned that a failure to pay the required filing fee within the time provided by this order will result in the dismissal of this action; and

5. This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **August 30, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE